# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROCHELLE QUILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-17-768-SLP |
| | ) |
| STATE OF OKLAHOMA, ex rel., | ) |
| THE OKLAHOMA INDIGENT DEFENSE | ) |
| SYSTEM, a statutory state agency, | ) |
| | ) |
| Defendant. | ) |

_____

# ORDER
_____

On this 11th day of March, 2019, Defendant's Unopposed Motion to Stay Proceedings Pending Ruling on Defendant's Motion for Summary Judgment [Doc. 33] comes before the Court. For good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the remaining deadlines, those for Designations of deposition testimony, Objections and Counter-Designations (May 2, 2019); Motions in Limine, Requested Voir Dire, Trial Briefs, Requested Jury Instructions, Final Pretrial Report (April 25, 2019); and Objections to pretrial filings (seven days thereafter), as well as the Trial, are stricken and pending the Court's ruling on the Motion for Summary Judgment. This Order does not impact the briefing deadlines regarding the pending Motion for Summary Judgment.

IT IS SO ORDERED this 11th day of March, 2019.

                                                        *[signature]*
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE